CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 23 2013

JULIA C. DUDLEY, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERAMIAH CHAMBERLAIN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13cv00266 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BOBBY RUSSELL, et al., | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

ORDERED

as follows:

(1) The Superintendent's motion for an extension of time to file his response to the show cause order (Docket No. 23) is **GRANTED** and the Superintendent's response submitted July 17, 2013 is deemed timely filed.

(2) Chamberlain's motion for a preliminary injunction and a temporary restraining order (Docket No. 9) is **DENIED** as moot.

ENTER: This 23rd day of July, 2013.

_____
United States District Judge