CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 03 2014

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JEREMIAH CHAMBERLAIN, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13-cv-00266 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| BOBBY RUSSELL, *et al.*, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Chamberlain's motion to amend (ECF No. 49) is **GRANTED**, defendants' motion for summary judgment (ECF No. 38) is **GRANTED**, Chamberlain's motions for oral argument (ECF No. 54) and a trial date (ECF No. 55) are **DENIED** as moot, and this matter is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this order and accompanying memorandum opinion to the parties.

**ENTER:** March 3, 2014.

UNITED STATES DISTRICT JUDGE